

155 Pinelawn Road, Suite 220S
Melville, New York 11747
(631) 352-0050
mbw@fwlawpllc.com

August 26, 2017

**Via ECF**
Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Tcaciuc v. Southampton, LLC</u>, No. 17-CV-1251(ADS)(AKT)

Dear Judge Spatt:

    This office, along with co-counsel Levy & Levy, P.A., represents the Plaintiff, Alexandru Tcaciuc. On August 1, 2017, the Court denied the parties' request to approve a settlement of this Fair Labor Standard Acts action because (1) the Court determined the release was overbroad and (2) due to a drafting error, the amount to be paid to the plaintiff and the amount to be paid as attorneys' fees were reversed which made it appear that the attorneys' fees were not reasonable.

    The parties have revised the agreement in accordance with the Court's instructions and have executed same. Accordingly, the revised agreement is attached to this letter and we respectfully request that the Court approve the settlement because, as revised, it complies with the requirements of <u>Cheeks v. Freeport Pancake House, Inc.</u> and with the Court's August 1, 2017 Order.

    We thank Your Honor for your attention to this matter.

                                                                               Respectfully submitted,
                                                                                 /s/
                                                                                Matthew Weinick

cc:    Andrew Staulcup, Esq.